**B18 (Official Form 18) (12/07)**

# United States Bankruptcy Court

District of Arizona
Case No. **4:09–bk–05993–EWH**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   BRUCE PATRICK MURCHISON
   4850 S LANTANA PL
   TUCSON, AZ 85730

Social Security / Individual Taxpayer ID No.:
   xxx–xx–9035

Employer Tax ID / Other nos.:


## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


                           BY THE COURT

Dated: 8/5/09                            Eileen W. Hollowell
                                       United States Bankruptcy Judge


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0970-4          User: martinezl              Page 1 of 2              Date Rcvd: Aug 05, 2009
Case: 09-05993                Form ID: b18                 Total Noticed: 41
```

The following entities were noticed by first class mail on Aug 07, 2009.
```
db         +BRUCE PATRICK MURCHISON,    4850 S LANTANA PL,    TUCSON, AZ 85730-4117
7982189     ADVANTA BUSINESS CARD,    448 E Winchester St Ste 150,    Murray, UT 84107-8502
7982190    +Barbizon,    3333 East Camelback Road, Ste. 170,    Phoenix, Az 85018-2395
7982192    +Beneficial,    5420 E Broadway Blvd, Ste 242,    Tucson, Az 85711-3725
7982194    +Bill Me Later,    PO Box 105658,    Atlanta, Ga 30348-5658
7982199     CITIBANK USA, NA,    Pencader Corp Ctr,    110 Lake Dr,    Newark, DE 19702-3317
7982198     Chevron,    PO Box 530950,    Atlanta, Ga 30353-0950
7982200    +Compass Bank,    6363 E 22nd St,    Tucson, Az 85710-5119
7982201    +Cox Communications,    5441 East Broadway,    Tucson, Arizona 85711-3704
7982202     DIRECT LOANS,    PO Box 7202,    Utica, NY 13504-7202
7982203     Direct Loan Servicing Center,    Borrower Services Department,    P.O. Box 5609,
             Greenville, TX 75403-5609
7982205    +Drive Time Corporate Office,    7300 E Hampton Ave, Ste 101,    Mesa, Az 85209-3324
7982209     GEMB/PAYPAL PLCC,    PO Box 981064,    El Paso, TX 79998-1064
7982208     GEMB/PEACH DIRECT,    PO Box 981439,    El Paso, TX-79998-1439
7982210     HSBC,    PO Box 5204,    Carol Stream, Il 60197-5204
8039161    +Howard A. Chorost, Esq.,    Howard A. Chorost, P.C.,    21 East Speedway Blvd.,
             Tucson, AZ 85705-7714
7982212    +ILX Resorts,    2111 East Highland Avenue, Ste 200,    Phoenix, Az 85016-4733
7982215     NATIONAL COLLEGIATE TRUST,    1200 N 7th St,    Harrisburg, PA 17102-1419
8039160    +Ocwen Loan Servicing,    PO Box 6440,    Carol Stream, IL 60197-6440
7982217    +Quik Cash,    7449 East 22nd Street,    Tucson, Az 85710-6428
7982218     SRM NATIONAL BANK/ VALERO,    PO Box 631,    Amarillo, TX 79105-0631
7982219     Surety Acceptance Group,    6440 E Broadway Blvd,    Tucson, AZ 85710-3504
7982221     Tucson Electric Power,    3950 E Irvington Rd,    Tucson, AZ 85714-2114
7982222     US Bank,    6360 E Golf Links Rd,    Tucson, AZ 85730-1058
7982223     Vantage West Credit Union,    2480 N. Arcadia Ave.,    Tucson, Az 85712-5735
7982224    +Zip Cash,    300 Creek View Road, Ste 102,    Newark, De 19711-8547
7982225    +Zwicker and ASSsociates, PC,    80 Minuteman Road,    Andover, Ma 01810-1008
```

The following entities were noticed by electronic transmission on Aug 05, 2009.
```
smg         EDI: AZDEPREV.COM Aug 05 2009 20:18:00      AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
             1600 W. MONROE, 7TH FL.,    PHOENIX, AZ  85007-2650
7982191     EDI: TSYS2.COM Aug 05 2009 20:19:00      BARCLAYS BANK DELAWARE,    125 S West St,
             Att: Credit Bureau,    Wilmington, DE 19801-5014
7982193     EDI: HFC.COM Aug 05 2009 20:18:00      BENEFICIAL NATIONAL BANK,    PO Box 15518,
             Wilmington, DE 19850-5518
7982196     EDI: CHASE.COM Aug 05 2009 20:19:00      CHASE,    PO Box 15298,    Wilmington, DE 19850-5298
7982195    +EDI: CAPITALONE.COM Aug 05 2009 20:18:00      Capital One,    Attn: General Correspondence,
             PO Box 30285,    Salt Lake City, UT 84130-0285
7982197     EDI: CHASE.COM Aug 05 2009 20:19:00      Chase Bank USA, N.A,,    PO Box 100043,
             Kennesaw, Ga 30156-9243
7982204     EDI: DISCOVER.COM Aug 05 2009 20:19:00      Discover Card,    Customer Service,
             Discover Financial Services,    P.O. Box 30943,    Salt Lake City, UT 84130-0943
7982207     EDI: RMSC.COM Aug 05 2009 20:18:00      GE MONEY BANK/CHEVRON,    PO Box 981400,
             El Paso, TX 79998-1400
7982206     EDI: RMSC.COM Aug 05 2009 20:18:00      GE Money Bank,    PO Box 960061,    Orlando, Fl 32896-0061
7982211     EDI: HFC.COM Aug 05 2009 20:18:00      HSBC Retail Services,    PO Box 60107,
             City of Industry, Ca 91716-0107
7982213     EDI: TSYS2.COM Aug 05 2009 20:19:00      Juniper MasterCard,    Barclays Bank, Delaware,
             Attn: Customer Support Dept,    PO Box 8833,    Wilmington, De 19899-8833
7982214    +EDI: MERRICKBANK.COM Aug 05 2009 20:18:00      Merrick Bank,    PO Box 23356,
             Pittsburgh, PA 15222-6356
7982216     EDI: HFC.COM Aug 05 2009 20:18:00      Orchard Bank,    HSBC Card Services,    PO Box 60102,
             City of Industry, CA 91716-0102
7982220     EDI: WTRRNBANK.COM Aug 05 2009 20:18:00      Target National Bank,    C/o Target Financial Services,
             Mailstop BV,    PO Box 1327,    Minneapolis, Mn 55440-1327
                                                                                             TOTAL: 14
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          VANTAGE WEST CREDIT UNION
                                                                                   TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 07, 2009**                    **Signature:**     *Joseph Speetjens*